| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 67 |
| | ) |
| TERRANCE SIRMANS, | ) |
| | ) |
| Defendant. | ) |

**REDACTED**

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about December 23, 2005, in the State and District of Delaware, Terrance Sirmans, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Hi-Point .380 caliber pistol, with the serial number P833687, after having been convicted on or about April 9, 2001 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Hi-Point .380 caliber pistol, with the serial number P833687 and (2) nine rounds of .380 caliber ammunition.



FILED
JUN 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE