IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-67-SLR |
| ) | |
| TERRANCE SIRMANS, ) | |
| ) | |
| Defendant. ) | |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. The defendant, who has been indicted for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm), is now scheduled for an initial appearance before this Court on August 10, 2006, at 1:00 p.m.

2. The defendant is currently being held in State custody at the Howard K. Young Correctional Center (Gander Hill) in Wilmington, and, therefore, must be writted out before this Court can conduct the initial appearance.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Howard K. Young Correctional Center (Gander Hill) and to the United States Marshal for the District of Delaware to deliver

Terrance Sirmans to the office of the United States Marshal on August 10, 2006, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

COLM CONNOLLY
United States Attorney

BY: ____/s/_____
Christopher J. Burke
Assistant United States Attorney

Dated: August 2, 2006

IT IS SO ORDERED this ___ day of _____, 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge