IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Christopher J. Burke, Esquire
United States Dept. of Justice
District of Delaware
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899

PLEASE TAKE NOTICE that the undersigned will present the attached Motion to Suppress before The Honorable Sue L. Robinson at the convenience of the Court.

_____
JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE  19899
(302) 656-7247
Attorney for Defendant

Dated:   September 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, JAMES J. HALEY, JR., ESQUIRE, hereby certify that two (2) copies of the Defendant's Motion to Suppress were served by mail on September 26, 2006 upon:

> Christopher J. Burke, Esquire
> United States Dept. of Justice
> District of Delaware
> 1007 Orange Street, Suite 700
> P. O. Box 2046
> Wilmington, DE  19899

> JAMES J. HALEY, JR., ESQUIRE
> FERRARA, HALEY, BEVIS & COLLINS
> 1716 Wawaset Street
> P. O. Box 188
> Wilmington, DE  19899
> (302) 656-7247
> Attorney for Defendant

Dated:  September 26, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUPPRESS

Pursuant to Rule 12 of the Federal Rules of Criminal Procedure, Defendant hereby moves the Court to enter an Order suppressing evidence seized in the search of the residence at 25 South Cannon Drive, Wilmington, Delaware, on December 23, 2005. In support of his Motion, Defendant states as follows:

1. Defendant is charged with possession of a weapon by a person prohibited.

2. In particular, it is alleged that a firearm found at 25 South Cannon Drive, Wilmington, Delaware, on December 23, 2005 belonged to Defendant Sirmans.

3. Said search was apparently authorized by a warrant issued by Justice of the Peace Court No. 20 on December 23, 2005. (A copy of the application, affidavit and warrant is attached at Exhibit A.)

4. The warrant is defective. Among other things, it authorizes a search for an individual identified as "Curtis Henderson" described as a "fugitive from justice – Maryland violation of probation."

5. Additionally, the officer who requested the warrant did not have probable cause to believe that Defendant Sirmans was associated with the residence of 25 South Cannon Drive.

WHEREFORE, Defendant respectfully requests the Court to enter an order suppressing evidence obtained from the illegal search of December 23, 2005.

                                                                                          _____
JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY, BEVIS & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899
(302) 656-7247
Attorney for Defendant

Dated: 9/26/2006

IT IS SO ORDERED this _____ day of _____, 2006.

_____
                        J.