IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-067-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

At Wilmington this 29th day of September, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, October 12, 2006** at **9:30 a.m.**, with the court initiating said call.

_____
United States District Judge