AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     DELAWARE

USA
V.
TERRANCE SIRMANS

**EXHIBIT AND WITNESS LIST**

Case Number: 06cr67-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hearing Sue L. Robinson | Christopher Burke, Esq. | James Haley, Jr., Esq. |
| ~~TRIAL~~ DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Govt. 10/23/06 | V. Gunning | Tassone |

| ~~PLF.~~ Govt. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/23/06 | | ✓ | Application, Prob. cause sheet, Search warrant (Herron) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages