## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-67-SLR |
| ) | |
| TERRANCE SIRMANS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Christopher J. Burke as attorney of record for the United States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x133

Dated: November 30, 2006

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 30th day of November 2006, I caused to be electronically filed a **Notice of Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

James Joseph Haley, Jr., Esq.
Ferrara, Haley, Bevis & Solomon
1716 Wawaset Street
Wilmington, DE 19899


/s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney