IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-067-SLR |
| ) | |
| TERRANCE SIRMANS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 4th day of December, 2006, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence **Tuesday, January 23, 2007** at **9:30 a.m.** on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Wednesday, January 10, 2007** at **4:30 p.m.** on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. The deadline for accepting a plea agreement is **January 10, 2007**.

3. Motions in limine shall be filed on or before **December 27, 2006.** Proposed jury instructions, voir dire and

responses to motions <u>in</u> <u>limine</u> shall be filed on or before **January 3, 2007.**

_____
United States District Judge