IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorney, and hereby requests that, in addition to the Court's standard Criminal Voir Dire questions, the Court submit the following additional questions to the jury panel in the above-captioned case:

1. Would the fact that the Delaware State Police; Delaware State Probation and Parole; and the Bureau of Alcohol, Tobacco, Firearms and Explosives are the primary investigating agencies in this case interfere with your ability to be a fair and impartial juror?

2. Does any member of the panel have strong views about the possession of firearms, including whether such possession should be legal or illegal, that would interfere with your ability to be a fair and impartial juror in this case?

3. Does any member of the panel have strong views about DNA testing and the use of DNA evidence that would interfere with your ability to be a fair and impartial juror in this case?

The undersigned has discussed this request with defendant's counsel, James J. Haley, Jr., Esquire, who does not object to the request.

                                  COLM F. CONNOLLY
                                  United States Attorney

By: _____/s/_____
     Robert F. Kravetz
     Assistant United States Attorney
     1007 Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, Delaware 19899-2046
     (302) 573-6277

Dated: January 3, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TERRANCE SIRMANS, )<br>)<br>Defendant. ) | Criminal Action No. 06-67-SLR |

**CERTIFICATE OF SERVICE**

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby certify that on the 3d day of January 2007, I caused to be electronically filed **United States' Request for Special Voir Dire** with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify a copy of the foregoing notice were sent via U.S. mail, postage prepaid, to the attorney of record as follows:

James J. Haley, Jr., Esquire
1716 Wawaset St.
P.O. Box 188
Wilmington, DE 19899

/s/
Robert F. Kravetz
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277