

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*  (302) 573-6277
*1007 Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

January 22, 2007

The Honorable Sue L. Robinson
Chief United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **United States v. Terrance Sirmans**
              **Criminal Action No.   06-67-SLR**

Dear Chief Judge Robinson:

    Enclosed please find the Government's Witness List for trial in the above captioned matter, set to begin Tuesday, January 23, 2007.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                BY:    /s/Ilana H. Eisenstein
                          Ilana H. Eisenstein
                          Assistant United States Attorney

Enclosure

cc:    James J. Haley, Jr., Esq.
        Clerk, U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

## Government Witness List

Detective Joseph Rose, Delaware State Police

Detective John Ubil, Delaware State Police

Special Agent Jason Kusheba, Bureau of Alcohol, Tobacco, Firearms, and Explosives

Paul Gilbert, State of Delaware Office of Chief Medical Examiner

Kareem Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-67-SLR |
| | ) | |
| TERRANCE SIRMANS, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 22, 2007, I electronically filed:

### Government Witness List

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

James J. Haley, Jr., Esquire
Ferrara, Haley, Bevis & Solomon
1716 Wawaset St.
Wilmington, DE 19899

/s/Jennifer Brown
Jennifer Brown