IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-67-SLR |
| TERRANCE SIRMANS, | : |
| Defendant. | : |

### ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as co-counsel of record for the government in the above-captioned case. All notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana H. Eisenstein.

          Respectfully submitted,

          COLM F. CONNOLLY
          United States Attorney


By:   /s/Ilana H. Eisenstein
       Ilana H. Eisenstein
       Assistant United States Attorney

Dated: January 22, 2007

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-67-SLR |
| TERRANCE SIRMANS, | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 22, 2007, I electronically filed:

### ENTRY OF APPEARANCE

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

James J. Haley, Jr., Esquire
Ferrara, Haley, Bevis & Solomon
1716 Wawaset St.
Wilmington, DE 19899

/s/ Jennifer Brown
Jennifer Brown