IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-067-SLR |
| ) | |
| TERRANCE SIRMANS ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

As to count I, charging the defendant with possession of a firearm by a person prohibited, we the jury unanimously find the defendant



_____X_____ Guilty                            _____ Not Guilty.