IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-067-001-SLR |
| ) | |
| TERRANCE SIRMANS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 24th day of January, 2007,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for fourteen (14) jurors in the above entitled case for the dates of January 23-24, 2007.

United States District Judge

cc: Financial Administrator