AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| TERRANCE SIRMANS | Case Number:  06-cr-67-SLR |

| PRESIDING JUDGE Sue L. Robinson | PLAINTIFF'S ATTORNEY Ilana Eisenstein, Esq. | DEFENDANT'S ATTORNEY James Haley, Jr., Esq. |
|---|---|---|
| TRIAL DATE (S) 1/23/07-1/24/07 | COURT REPORTER V. Gunning | COURTROOM DEPUTY F. Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 1/23/07 | | YES | Felony Stipulation |
| 1 | | 1/23/07 | | YES | Firearm     (Retained by  The Bureau of ATF) |
| 2A | | 1/23/07 | | YES | Video Clip                (Rose) |
| 2B | | 1/23/07 | | YES | Video Clip                (Rose) |
| 2C | | 1/23/07 | | YES | Video Clip                (Rose) |
| 3 | | 1/23/07 | | NO | Transcript of Videotape |
| 4 | | 1/23/07 | | YES | Picture of Blood Vials      (Rose) |
| 5 | | 1/23/07 | | YES | Picture of Blood Vials in bubble wrap (Rose) |
| 6 | | 1/23/07 | | YES | Picture of Packaging - "Known Blood Samples"  (Rose) |
| 7 | | 1/23/07 | | YES | Picture of Outer Envelope (front) - Evidence Collection Kit w/blood (Rose) |
| 8 | | 1/23/07 | | YES | Picture of two sides of firearm  (Ubil) |
| 9 | | 1/23/07 | | YES | Gun Grips  (Ubil) |
| 10 | | 1/23/07 | | YES | Picture of gun grips in bag (Ubil) |
| 11 | | 1/23/07 | | YES | Picture of Front of Manila Envelope w/Gun Grips (Ubil) |
| 12 | | 1/23/07 | | YES | Picture of Side of Swab Container w/Ubil's name (Ubil) |
| 13 | | 1/23/07 | | YES | Picture of Front of Envelope with Gun Swab (Ubil) |
| 15 | | 1/23/07 | | YES | Stipulation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.