# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

UNITED STATE OF AMERICA,            )
                                    )
           Plaintiff,        )
                                    )
        v.                  )        **Criminal Action No. 06-67-SLR**
                                    )
TERRANCE SIRMANS,                   )
                                    )
          Defendant.        )

## NOTICE OF APPEAL

      Notice is hereby given that **Terrance Sirmans**, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the sentence of April 24, 2007.

                                  /s/  James J. Haley, Jr.  (#2997)_____
                                  JAMES J. HALEY, JR., ESQUIRE
                                  FERRARA, HALEY, BEVIS & COLLINS
                                  1716 Wawaset Street
                                  P. O. Box 188
                                  Wilmington, DE  19899
                                  (302) 656-7247
                                  jhaley@ferraralaw.net
                                  Attorney for Defendant

Dated:   May 2, 2007